IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY GIOVANNI JOSEPH,<br><br>  Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>  Defendant.<br>_____ /<br><br>UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TONY GIOVANNI JOSEPH,<br><br>  Defendant.<br>_____ / | No. C 14-03780 JSW<br>No. CR 12-CR-58<br><br>**ORDER DIRECTING CIVIL CASE BE CLOSED AND PLEADING FILED IN CRIMINAL CASE** |

On August 7, 2014, the Court received another letter from Mr. Joseph, which relates to his competency proceedings. Inadvertently, the letter was not directed to the Court's attention for docketing in the criminal case, and the Clerk's office opened a civil case. *Joseph v. Unknown*, 14-CV-3780-JSW. It is HEREBY ORDERED that the Clerk shall close the civil case.

It is FURTHER ORDERED that the letter shall be filed in Mr. Joseph's criminal case. Although the Court has previously filed such letters under seal, because this letter has already been filed in the public docket, the Court will not file it under seal. Because Mr. Joseph is

represented by counsel in his criminal case, the Court shall not take any action on the letter, unless counsel for Mr. Joseph makes a formal request to the Court.

**IT IS SO ORDERED.**

Dated: August 29, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE